In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-200 CR


____________________



DON KIRK REDDELL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 3


Montgomery County, Texas


Trial Cause No. 03-189874






MEMORANDUM OPINION


 We have before the Court an appeal by Don Kirk Reddell from a sentence
pronounced March 3, 2005. The notice of appeal was filed with the trial court on April
5, 2005, more than thirty days from the date of sentencing. We notified the parties that
the appeal did not appear to have been timely filed. The appellant did not supply an
affidavit or otherwise establish that notice of appeal was filed within the time permitted for
perfecting appeal. The court finds the notice of appeal was not timely filed. Tex. R. App.
P. 26.2. No extension of time was timely requested pursuant to Tex. R. App. P. 26.3. 
It does not appear that appellant obtained an out-of-time appeal. The Court finds it is
without jurisdiction to entertain this appeal. Accordingly, the appeal is dismissed for want
of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered August 10, 2005 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.